UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, :
: 
:  Cr. No. 10-633(SRC)
Plaintiff, :
:
v. :
:  **ORDER MODIFYING**
:  **CONDITIONS OF RELEASE**
ZBIGNIEW CICHY :
:
:
Defendant. :

**THIS MATTER** having been opened to the Court by defendant, Zbigniew Cichy, through his attorney Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Matthew Beck, Esq., Assistant United States Attorney appearing) for an Order modifying the defendant's conditions of release so as to permit Defendant to purchase supplies and or material one day per week with prior notice to Pre-Trial Services and provide proof of purchase to Pre-Trial Services as requested by Pre-Trial Services, and the Court having considered the matter and for good and sufficient cause shown:

**IT IS** on this 16th day of DECEMBER, 2010;

**ORDERED** that Defendant be permitted to purchase supplies and or material one day per week with prior notice to Pre-Trial Services; and it is further

ORDERED that Defendant shall provide to Pre-Trial Services proof of purchase as requested by Pre-Trial Services; and it is further

ORDERED that Defendant Ania Nowak shall remain within range of the electronic monitoring device [or at the law offices of her defense counsel] while Defendant Zbigniew Cichy is involved with the purchasing of supplies and materials; and it is further

ORDERED that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order.

MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant

MATTHEW BECK, ESQ.
Assistant U.S. Attorney