UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-633 (SRC) |
| | | Hon. Stanley R. Chesler |
| vs. | : | |
| ZBIGNIEW CICHY | : | ORDER MODIFYING CONDITIONS OF <u>DEFENDANT CICHY'S RELEASE</u> |

This matter having been opened <u>sua sponte</u> by the Court at a pre-trial hearing held on Monday, May 9, 2011, in the presence of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew E. Beck and Shirley U. Emehelu, Assistant United States Attorneys, appearing) and defendant Zbigniew Cichy (Parker Waggaman, Esq., appearing), for an order modifying the conditions of defendant Zbigniew Cichy's release pending trial in the above-entitled matter, the Court hereby makes the following findings:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the existing conditions of release will not reasonably assure the appearance of defendant Cichy as required.

IT IS, therefore, on this ___ day of May, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Cichy's conditions of release be modified as follows:

ORDERED that the defendant be committed to home incarceration with active Global Positioning System ("GPS")-electronic monitoring. The defendant is to be on 24-hour lock down and cannot leave his home except to attend to medical necessities, medical emergencies, attorney appointments, and court appearances, with prior notice to Pretrial Services; and it is further

ORDERED that the defendant is allowed to attend religious services one time per week, separate from co-defendant Ania Nowak, who must remain in the residence at that time; and it is further

ORDERED that the defendant's permission to work is hereby revoked; and it is further

ORDERED that any joint defense counsel meetings must occur at the defendants' residence; and it is further

ORDERED that all prior conditions of release remain in full effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge