UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERESY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: 2:10-cr-00633-SRC |
| Plaintiff, | : | |
| v. | : | |
| ZBIGNIEW CICHY, | : | **ORDER** |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Howard B. Brownstein, Attorney for Zbigniew Cichy asking for an Order amending the defendant's bail status by allowing Mr. Cichy to be permitted to leave his house Wednesday, July 13, 2011 for 1 hour in the morning and 1 hour in the afternoon to drop off and retrieve his car for repair at All Season Automotive, 474 US Highway 46, Belvidere, NJ (908) 474-1725 in order for Mr. Cichy to have transportation to meet with his attorney and for necessary Court appearances, Matthew Beck, AUSA having no objection, and for good cause shown;

**IT IS** on this _12th_ day of _July_, 2011

**ORDERED** that Ms. Cichy be permitted to leave his house for 1 hour in the morning and 1 hour in the afternoon time to be discussed and agreed upon with Pretrial Services in order to take his car for repair at All Season Automotive, 474 US Highway 46, Belvidere, NJ (908) 474-1725; and it is further

**ORDERED** that if Mr. Cichy will need more time he is to contact Pretrial Services immediately to make them aware; and it is further

**ORDERED** all other conditions of bail will remain the same.

_____
Daniel Milne, USPT

_____
STANLEY R. CHESLER, U.S.D.J.

_____
Matthew Beck, ASUA

**ORDERED** all other conditions of bail will remain the same.

_____
Daniel Milne, USPT

_____
Matthew E. Beck, AUSA
Shirley U. Emehelu, AUSA

_____
STANLEY R. CHESLER, U.S.D.J.