UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-633 (SRC) |
| vs. | : | Hon. Stanley R. Chesler |
| ZBIGNIEW CICHY | : | ORDER MODIFYING CONDITIONS OF <u>DEFENDANT CICHY'S RELEASE</u> |

This matter having been opened by an oral motion to modify conditions of pretrial release made by defendant Zbigniew Cichy (Howard Brownstein, Esq., appearing) during a status conference held by the Court on August 4, 2011, and the Government consenting in part and objecting in part, and for good cause being shown,

IT IS, therefore, on this 9 day of August, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Cichy's conditions of release be modified as follows:

ORDERED that the defendant is permitted to go grocery shopping once per week, with prior notice to, and under such conditions deemed appropriate by, Pretrial Services; and it is further

ORDERED that the defendant is allowed to visit his co-defendant Ania Nowak once every two weeks at the Essex County Correctional Facility or any other local correctional facility that Ms. Nowak is subsequently transferred to with prior notice

to, and under such conditions deemed appropriate by, Pretrial Services; and it is further

ORDERED that all prior conditions of release remain in full effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge