UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERESY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 2:10-cr-00633-SRC |
| Plaintiff, | |
| v. | |
| ZBIGNIEW CICHY, | **ORDER** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Howard B. Brownstein, Attorney for Zbigniew Cichy asking for an Order amending the defendant's bail status by allowing Mr. Cichy to be permitted to leave his house for two (2) necessary car repairs as authorized by United States Pretrial and to allow Mr. Cichy to travel to Brooklyn, New York to visit his wife Anna Nowak at MDC Brooklyn once a week, Matthew Beck, AUSA and Dan Milne of United States Pretrial Services having no objection and for good cause shown;

IT IS on this ___6___ day of ___October___, 2011

**ORDERED** that Ms. Cichy be permitted to leave his house for two (2) necessary car repairs as authorized by United States Pretrial and to allow Mr. Cichy to travel to Brooklyn, New York to visit his wife Anna Nowak at MDC Brooklyn once a week; and it is further

**ORDERED** all other conditions of bail will remain the same.

Consented to by:

_____
Daniel Milne, USPS

_____
Matthew Beck, AUSA

_____
STANLEY R. CHESLER, U.S.D.J.