UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 10-633 (SRC) |
| ZBIGNIEW CICHY | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant Zbigniew Cichy (Anna G. Cominsky, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is sufficiently complex that it is unreasonable to expect adequate preparation for trial within the time limits provided by the Speedy Trial Act;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7th day of January, 2013,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and it is further

ORDERED that this action be, and hereby is, continued until November 12, 2013; and it is further

ORDERED that pre-trial motions are due on or before September 27, 2013; and it is further

ORDERED that opposition papers are due on or before October 7, 2013; and it is further

ORDERED that a hearing on pre-trial motions is scheduled for October 15, 2013 at 10:00 ; and it is further

ORDERED that trial in this matter is scheduled to commence on November 12, 2013 at 10:00 a.m.; and it is further

-2-

ORDERED that the period from the date of this order through and including November 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

*/s/ Shirley Emehelu*

SHIRLEY U. EMEHELU
Assistant U.S. Attorney

*/s/ Anna G. Cominsky*

ANNA G. COMINSKY, ESQ.
Counsel for defendant Cichy

-4-